**Paula FESENMEYER,**
**Plaintiff–Appellant**

v.

**LAND BANK OF KC; Kevin Bergman; Theodore G. Richardson, in his Official Capacity as a Licensed Attorney; William D. Geary, in his Official Capacity as a Licensed Attorney; Chad Stewart, in his Official Capacity as a Licensed Attorney; Ted Anderson, in his Official Capacity as a Licensed Attorney, Defendants–Appellees.**

1. THE HONORABLE STEPHEN R. BOUGH, UNITED STATES DISTRICT JUDGE FOR

No. 15–2629.

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2016.

Filed: April 8, 2016.

Paula Fesenmeyer, Kansas City, MO, pro se.

Douglas M. (Doug) McMillan, Senior Assoc. City Atty., Kansas City, MO, for appellees Land Bank of Kansas City, Ted Anderson, William Geary, and Chad Stewart.

Kevin Bergman, Leawood, KS, pro se.

Theodore G. Richardson, Kansas City, MO, pro se.

Before LOKEN, BYE, and KELLY, Circuit Judges.

PER CURIAM.

PAULA FESENMEYER APPEALS AFTER THE DISTRICT COURT[1] DISMISSED HER PRO SE ACTION UNDER THE AMERICANS WITH DISABILITIES ACT (ADA), AS BARRED BY RES JUDICATA. IN HER BRIEF ON APPEAL, SHE CHALLENGES ONLY THE DISTRICT COURT'S DENIAL OF CERTAIN ACCOMMODATIONS.

UPON CAREFUL REVIEW, WE CONCLUDE THAT THE DISTRICT COURT APPROPRIATELY HANDLED FESENMEYER'S VARIOUS REQUESTS FOR ACCOMMODATIONS. *SEE* 42 U.S.C. § 12131(1) (UNDER ADA,

THE WESTERN DISTRICT OF MISSOURI.

OMITTING FEDERAL GOVERNMENT FROM DEFINITION OF PUBLIC ENTITY); *CF. TENNESSEE V. LANE,* 541 U.S. 509, 522–23, 530–33, 124 S.Ct. 1978, 158 L.Ed.2d 820 (2004) (DISCUSSING REASONABLE–ACCOMMODATION REQUIREMENTS UNDER ADA AND FOURTEENTH AMENDMENT). ACCORDINGLY, WE AFFIRM. *SEE* 8TH CIR. R. 47B. ALL PENDING MOTIONS ARE DENIED.